IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PATRICIA CAMPBELL WELLS; and )
LARRY WELLS                    )          No. 3-10-0329
                               )
v.                             )
                               )
WAL-MART STORES EAST, LP       )

O R D E R

In accord with the contemporaneously entered memorandum, the plaintiffs' "Motion for Non-Sue" (Docket Entry No. 48) is GRANTED.

The plaintiff's motion to ascertain status (Docket Entry No. 51), and the defendant's motion to seal (Ducked Entry No. 43) are GRANTED. Docket Entry Nos. 44 and 45 shall remain UNDER SEAL.

As a result, the pretrial conference and trial, scheduled on July 2, 2012, and July 10, 2012, are CANCELLED, and all other pending motions are denied as moot.

This case is hereby DISMISSED without prejudice.

It is so ORDERED.


_____
JULIET GRIFFIN
United States Magistrate Judg